### CREWS *v.* THE STATE.

APPEAL from the Hancock Circuit Court.

WORDEN, C. J.—The judgment in this case must be affirmed, for reasons given in another case between the same parties at the present term, *ante,* p. 28.

The judgment below is affirmed, with costs.

*J. L. Mason, C. G. Offutt, J. W. Gordon,* and *W. March,* for appellant.

*D. W. Chambers* and *B. W. Hanna,* Attorney General, for the State.

------●------

### CREWS *v.* THE STATE.

APPEAL from the Hancock Circuit Court.

WORDEN, C. J.—The judgment in this case must be affirmed, on another case between the same parties at the present term, *ante,* p. 28.

The judgment below is affirmed, with costs.

*J. L. Mason, C. G. Offutt, J. W. Gordon,* and *W. March,* for appellant.

*D. W. Chambers* and *B. W. Hanna,* Attorney General, for the State.

------●------

### HELLER, RECEIVER, *v.* McCORMICK.

MUTUAL INSURANCE COMPANY,—*Receiver.*—The case of *Embree* v. *Shideler,* 36 Ind. 423, approved, and this case affirmed upon its authority.

APPEAL from the Hendricks Common Pleas.

BUSKIRK, J.—The appellant sued the appellee upon a premium note before a justice of the peace. A trial re-